**SHADY GROVE ORTHOPEDIC ASSOCIATES, P.A., on behalf of itself and all others similarly situated, Plaintiff–Appellant,**

**Sonia E. Galvez, Plaintiff,**

v.

**ALLSTATE INSURANCE COMPANY, Defendant–Appellee.**

**No. 07–0141–cv.**

United States Court of Appeals, Second Circuit.

June 9, 2010.

John S. Spadaro, John Sheehan Spadaro, LLC, Hockessin, DE, for Plaintiff–Appellant.

Andrew T. Hahn, Sr., Seyfarth Shaw LLP, New York, NY, for Defendant–Appellee.

PRESENT: JOSÉ A. CABRANES, ROSEMARY S. POOLER, ROBERT A. KATZMANN, Circuit Judges.

**SUMMARY ORDER**

After our decision in *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 549 F.3d 137 (2008), plaintiffs Shady Grove Orthopedic Associates, P.A., petitioned the Supreme Court for a writ of certiorari. The Supreme Court granted the writ of certiorari and then reversed the decision of this Court. *See* 556 U.S. ——, 130 S.Ct. 1431, 176 L.Ed.2d 311 (2010).

We now VACATE the judgment of the District Court and REMAND for further proceedings consistent with the opinion of the Supreme Court.

The mandate shall issue forthwith.